UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY TAYLOR,<br><br>    Petitioner,<br><br>v.<br><br>BRENDA CASH, Warden,<br><br>    Respondent. | Case No. CV 10-1409 JAK (JCG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Petitioner's Objections regurgitate the arguments made in the Petition and Traverse, and lack merit for the reasons set forth in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT: (1) the Report and Recommendation is approved and adopted; (2) Judgment be entered denying the Petition and dismissing this action with prejudice; and (3) the Clerk serve copies of this Order and the Judgment on the parties.

1 | Additionally, for the reasons stated in the Report and Recommendation, the
2 | Court finds that Petitioner has not made a substantial showing of the denial of a
3 | constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.
4 | Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate
5 | of appealability.

DATED: June 22, 2011

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE